FILED
April 10, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>v.<br><br>Roy Rice,<br><br>            Defendant. | Case No. 2:09-mj-103 EFB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __Roy Rice__ Case _2:09-mj-103 EFB_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __     Release on Personal Recognizance

    __     Bail Posted in the Sum of _____

    _X_     Unsecured bond in the amount of $50,000

    __     Appearance Bond with 10% Deposit

    __     Appearance Bond secured by Real Property

    __     Corporate Surety Bail Bond

    _X_     (Other) _Probation conditions/supervision;_

Issued at _Sacramento, CA_ on _4/10/09_ at __2:50 p.m.__

By _____
    Kimberly J. Mueller,
    United States Magistrate Judge